THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STATE FARM INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>            Defendant. | CASE NO. C16-1242 JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff served its complaint on Defendant on September 6, 2016. (Dkt. No. 6 at 1.) Neither party has taken any action in this case since then. The Court hereby VACATES the status conference set for January 31, 2017, (*see* Dkt. No. 7), and ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff's response is due Friday, February 3, 2017.

DATED this 25th day of January 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER, C16-1242 JCC
PAGE - 1